THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THE CARROLTON OF DUNN, LLC,      )
                                      )
          Plaintiff         )
                                      )
          v.               )     No. 5:24-cv-00654-M-RN
                                      )
UNITED STATES OF AMERICA,       )
                                      )
          Defendant.    )
                                      )

## **JOINT STATUS REPORT**

Pursuant to the Court's May 5, 2025 Order, *see* ECF No. 22, directing the parties to submit a joint status report by September 15, 2025 regarding the posture of the case and whether the parties believe a court-hosted settlement conference would be fruitful, the parties state as follows:

1.      The parties have made substantial progress in discovery and conducted multiple depositions of Plaintiff's witnesses.

2.      The parties continue to engage in discovery and have discussed the possibility of filing motions for summary judgment or partial summary judgment regarding the merits of Plaintiff's claims.

3.      The parties continue to believe that a court-hosted settlement conference may assist the parties in assessing settlement but only after discovery is complete and the Court resolves any dipositive or partially dispositive motions. As a result, the parties do not believe that court-hosted mediation would be fruitful at this point.

4.      The parties respectfully request the Court set an additional deadline for the submission of a joint status report regarding the possibility of settlement in January 2026, after the currently scheduled completion of fact discovery.

Date: September 11, 2025

/s/ Michael J. Desmond
Michael J. Desmond
Cody F. Marden
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, DC 20006
mdesmond@milchev.com
cmarden@milchev.com
(202) 626-1575
*Attorneys for Plaintiff*

/s/ E. Winslow Taylor
E. Winslow Taylor
Taylor & Taylor Attorneys at Law, PLLC
1080 West 4th Street
Winston-Salem, North Carolina 27101
Winslow@T2Legal.com
(336) 418-4745

*Local Civil Rule 83.1(d) Attorney for Plaintiff*

/s/ Emily K. McClure
Emily K. McClure
Stephanie A. Sasarak
United States Department of Justice, Tax Division
P.O. Box 227 Ben Franklin Station
Washington, DC 20044
Emily.K.McClure@usdoj.gov
Stephanie.A.Sasarak@usdoj.gov
(202) 353-7509

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2025, I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing, and pursuant to Local Civil Rule 5.1(e), shall constitute service upon, the following:

**Emily K. McClure**
**Stephanie A. Sasarak**
United States Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Emily.K.McClure@usdoj.gov
Stephanie.A.Sasarak@usdoj.gov

*/s/ Michael J. Desmond*
Michael J. Desmond
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, DC 20006
mdesmond@milchev.gov
(202) 626-1575